# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MARCUS LOCKHART                                                    PLAINTIFF

v.                CASE NO. 3:19-CV-00019 BSM

K. BOWERS                                                        DEFENDANT

## ORDER

After *de novo* review of the record, including Marcus Lockhart's objections, the recommended disposition [Doc. No. 21] is adopted, Bowers's motion for summary judgment [Doc. No. 13] is granted, and Lockhart's claims are dismissed without prejudice.

IT IS SO ORDERED this 20th day of August 2019.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE