**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MARCUS LOCKHART**                                                    **PLAINTIFF**

**v.**                                    **CASE NO. 3:19-CV-00019 BSM**

**K. BOWERS**                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of August 2019.

_____
UNITED STATES DISTRICT JUDGE